NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOBBY L. MAGWOOD,  )
DOC #023111,  )
        )
      Appellant,  )
        )
v.  )      Case No. 2D18-1879
        )
JULIE L. JONES, Secretary,  )
DEPARTMENT OF CORRECTIONS,  )
        )
      Appellee.  )
_____ )

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Polk County; Donald G. Jacobsen,
Judge.

Bobby L. Magwood, pro se.

Beverly Brewster, Assistant General
Counsel, Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.